IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FREDERICK C. BAXTER,<br><br>        Petitioner,<br><br>vs.<br><br>BRADLEY JOHNSON, Lancaster County Corrections Facility Warden/Director;<br><br>        Respondent. | **4:18CV3141**<br><br>**MEMORANDUM AND ORDER** |

The petitioner has not paid the filing fee or submitted a motion to proceed in forma pauperis by the due date, November 16, 2018. Accordingly,

IT IS ORDERED that the Petition for Writ of Habeas Corpus (filing no. 1) is denied without prejudice. No certificate of appealability will be issued.

Dated this 30th day of November, 2018.

                                              BY THE COURT:

                                              s/ *Richard G. Kopf*
                                              Senior United States District Judge